IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 2:23-cv-1940 |
| -vs- | : | |
| TWENTY THOUSANDAND 00/100 DOLLARS ($20,000.00) IN UNITED STATES CURRENCY, | : | |
| Defendant 1, | : | |
| and | : | |
| SIX THOUSAND AND 00/100 DOLLARS ($6,000.00) IN UNITED STATES CURRENCY, | : | |
| Defendant 2. | : | |

## VERIFIED CLAIM

Now comes Claimant, CRAIG MONTGOMERY, AND ATTORNEY BRIAN JOSLYN, pursuant to the Supplemental Rule for Certain Admiralty and Maritime Claims C(6), and demands restitution of Defendant 1, Twenty Thousand and 00/100 Dollars ($20,000.00) in United States Currency and, Defendant 2, Six Thousand and 00/100 Dollars ($6,000.00) in United States Currency and claims the right to defend this action. Based upon information and belief, Claimant has bonafide ownership and/or possessory interest in the Defendants' property in that she was the rightful owner of said property.

I, CRAIG MONTGOMERY, verify and declare under penalty of perjury that the matters stated in the above Verified Claim are true and correct.

1

Dated: 9-21-2023					Respectfully submitted,

						_____
						CRAIG MONTGOMERY

						_____
						BRIAN D. JOSLYN (0087356)
						ATTORNEY FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Verified Claim was served via ordinary mail, this 22nd day of September 2023, upon the following:

Office of the Clerk
United States District Court
712 Federal Building
200 West Second Street
Dayton, OH 45402

Kenneth L. Parker
United States Attorney
Attn: Asset Forfeiture Unit
600 Federal Building
200 West Second Street
Dayton, OH 45402

and via email upon:

	William B. King (0094046)
	Assistant United States Attorney
	221 East Fourth Street, Suite 400
	Cincinnati, OH 45202
	bill.king@usdoj.gov

						_____
						BRIAN D. JOSLYN (0087356)
						ATTORNEY FOR CLAIMANT

2