# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 2:23-cv-1940 |
| | : | |
| Plaintiff, | : | **JUDGE EDMUND A. SARGUS, JR.** |
| | : | Magistrate Judge Elizabeth A. Preston |
| v. | : | Deavers |
| | : | |
| **TWENTY THOUSAND AND 00/100 DOLLARS ($20,000.00) IN UNITED STATES CURRENCY, et al.,** | : : : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SETTLEMENT

The United States of America, by its undesigned counsel, hereby respectfully notifies the Court that all right, title, and interest in the defendants has been resolved through settlement. (*See* Settlement Agreement, Exhibit A.)

Respectfully submitted,

KENNETH L. PARKER
United States Attorney


s/William B. King II
WILLIAM B. KING II (0094046)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Bill.King@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November 2023, the foregoing Notice of Settlement was filed and served on all attorneys of record using the Court's CM/ECF system.

                                                          s/William B. King II
                                                          WILLIAM B. KING II (0094046)
                                                          Assistant United States Attorney